Robert J. Lauson, Esq., No. 175,486
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, CA 90245
Tel.: (310) 726-0892
Fax: (310) 726-7893
Email: bob@lauson.com

Steven K. Hauser, Esq., No. 55,714
LAW OFFICES OF STEVEN K. HAUSER
1717 Fourth Street, Suite 300
Santa Monica, CA 90401
Tel.: (310) 395-7977
Fax: (310) 399-8968
Email: stevehauser@earthlink.net

Attorneys for Plaintiffs,
Martha O'Brien
Dennis Patrick Lewan

NO 95-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA O'BRIEN, an individual, DENNIS PATRICK LEWAN, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTINE M. EUBANKS, an individual; FINE ART NETWORK INC., a Nevada Corporation; FINER IMAGE EDITIONS, an unknown entity; FINE ART TREASURES GALLERY, an unknown entity; GERALD R. SULLIVAN, an individual; BASIL R. COLLIER, an individual; FINER IMAGE FINE ART PRINTERS AND PUBLISHERS, an unknown entity; AARON AUBREY FINE ARTS, INC., a California Corporation; MARK BRONSON dba BRONSON FINE ARTS, an individual; GLOBAL FINE ARTS, INC., A Florida Corporation; PRINCESS CRUISE LINES, LTD. dba PRINCESS CRUISES, a Bermuda Corporation; AARON YOUNG dba AARON YOUNG FINE ARTS, an individual; MJR, INC., dba RENAISSANCE | CASE NO.: CV 06-6308 RSWL(FMOx)<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF MARTHA O'BRIEN AND AGAINST DEFENDANTS KRISTINE M. EUBANKS AND GERALD R. SULLIVAN** |

1

FINE ARTS, an unknown entity; )
MICHAEL L. ZABRIN, an individual; )
MICHAEL ZABRIN FINE ARTS, )
LTD., an Illinois Corporation; AA )
ART & ANTIQUE CONSULTANTS )
dba FINEARTMASTERS.COM, an )
Illinois Corporation; and DOES 1-9, )
inclusive, )
)
      Defendants. )

Pursuant to Federal Rule of Civil Procedure 55(b)(2) and 58(a)(1), and upon finding no just reason to delay, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be and hereby is entered in favor Martha O'Brien, and against Defendants Kristine M. Eubanks and Gerald L. Sullivan in the sum of $262,618.80, jointly and severally, with post-judgment interest of 1.98% accruing thereon from the date of entry of this judgment until paid in full.

IT IS SO ORDERED,

Dated: March 10, 2009

              /s/ Ronald S.W. Lew
              _____
              Honorable Ronald S.W. Lew
              Senior, U.S. District Court Judge
              CV 06-6308 RSWL(FMOx)