NO 95-6

1  Robert J. Lauson, Esq., No. 175,486
   LAUSON & TARVER LLP
2  880 Apollo Street, Suite 301
   El Segundo, CA  90245
3  Tel.:  (310) 726-0892
   Fax:  (310) 726-7893
4  Email:  bob@lauson.com

5  Steven K. Hauser, Esq., No. 55,714
   LAW OFFICES OF STEVEN K. HAUSER
6  1717 Fourth Street, Suite 300
   Santa Monica, CA  90401
7  Tel.:  (310) 395-7977
   Fax:  (310) 399-8968
8  Email:  stevehauser@earthlink.net

9  Attorneys for Plaintiffs,
   Martha O'Brien
10 Dennis Patrick Lewan

FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14 MARTHA O'BRIEN, an individual,       ) **CASE NO.: CV 06-6308 RSWL(FMOx)**
   DENNIS PATRICK LEWAN, an             )
15 individual                           ) **JUDGMENT IN FAVOR OF**
                                        ) **PLAINTIFF DENNIS LEWAN**
16                        Plaintiffs,   ) **AND AGAINST DEFENDANTS**
                                        ) **KRISTINE M. EUBANKS AND**
17      vs.                             ) **GERALD R. SULLIVAN**
                                        )
18 KRISTINE M. EUBANKS, an              )
   individual, FINE ART NETWORK         )
19 INC., a Nevada Corporation, FINER    )
   IMAGE EDITIONS, an unknown           )
20 entity; FINE ART TREASURES           )
   GALLERY, an unknown entity;          )
21 GERALD R. SULLIVAN, an               )
   individual; BASIL R. COLLIER, an     )
22 individual; FINER IMAGE FINE ART     )
   PRINTERS AND PUBLISHERS, an          )
23 unknown entity; AARON AUBREY         )
   FINE ARTS, INC., a California        )
24 Corporation; MARK BRONSON dba        )
   BRONSON FINE ARTS, an individual;    )
25 GLOBAL FINE ARTS, INC., A            )
   Florida Corporation; PRINCESS        )
26 CRUISE LINES, LTD. dba PRINCESS      )
   CRUISES, a Bermuda Corporation;      )
27 AARON YOUNG dba AARON                )
   YOUNG FINE ARTS, an individual;      )
28 MJR, INC., dba RENAISSANCE           )

1

FINE ARTS, an unknown entity; )
MICHAEL L. ZABRIN, an individual; )
MICHAEL ZABRIN FINE ARTS, )
LTD., an Illinois Corporation; AA )
ART & ANTIQUE CONSULTANTS )
dba FINEARTMASTERS.COM, an )
Illinois Corporation; and DOES 1-9, )
inclusive, )
)
　　　　　　　　　Defendants. )

Pursuant to Federal Rule of Civil Procedure 55(b)(2) and 58(a)(1), and upon finding no just reason to delay, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be and hereby is entered in favor Dennis Lewan, and against Defendants Kristine M. Eubanks and Gerald L. Sullivan in the sum of $307,294.80, jointly and severally, with post-judgment interest of 1.98% accruing thereon from the date of entry of this judgment until paid in full.

IT IS SO ORDERED,

Dated: March 10, 2009　　　　　　　　　　　_/s/ Ronald S.W. Lew_

　　　　　　　　　　　　　　　　　　　　　Honorable Ronald. S. W. Lew
　　　　　　　　　　　　　　　　　　　　　Senior, U.S. District Court Judge
　　　　　　　　　　　　　　　　　　　　　CV 06-6308 RSWL(FMOx)