UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martha O'Brien,<br><br>        Plaintiff,<br><br>    v.<br><br>Kristine M. Eubanks, et al.,<br><br>        Defendants. | CV 06-6308 RSWL (FMOx)<br><br>**ORDER TO SHOW CAUSE RE: DEFENDANT MICHAEL L. ZABRIN** |

After a long procedural history, the only remaining Defendants in this Action are Defendant Basil R. Collier and Defendant Michael L. Zabrin. Defendant Basil R. Collier has retained counsel and has filed an Answer. Defendant Michael L. Zabrin has been served and default by clerk was entered on July 6, 2007 [46].

Since the clerk entered default on Defendant Michael L. Zabrin, however, Plaintiff Martha O'Brien has failed to pursue any further action on this Defendant, such as moving for default judgment. Accordingly, the Court orders Plaintiff to show cause

1

within 10 days as to why Defendant Michael L. Zabrin should not be dismissed from this action for lack of prosecution.

**IT IS SO ORDERED.**

DATED: July 25, 2012

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge