ROBERT B. INGRAM, Bar No. 48047
LAW OFFICES OF ROBERT B. INGRAM
25 Saddle Wood Drive
Novato, California 94945
Telephone: (415) 499-0800
Facsimile: (415) 499-0445

JS-6

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA O'BRIEN, an individual, et al. | No. CV 06-6308 RSWL (FMOx) |
| Plaintiffs, | ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE |
| vs. | |
| KRISTINE M. EUBANKS, an individual, et al. | |
| Defendants. | |

GOOD CAUSE APPEARING, pursuant to the Stipulation re Voluntary Dismissal with Prejudice, this matter is dismissed. Each side to bear their own costs and attorneys' fees.

Dated: Sept. 18, 2012

RONALD S.W. LEW
_____
HONORABLE RONALD S.W. LEW
JUDGE, UNITED STATES DISTRICT COURT